

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2022

No. 04-22-00183-CV

**IN RE** Susanne **FLORES**

Original Proceeding[1]

**ORDER**

On April 1, 2022, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 27, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2019-CI-11269, styled *In the Matter of the Marriage of Susanne Flores and Jerold Ortega*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable H. Paul Canales presiding.